USSC 1                            USM #30013-086

## STATEMENT OF REASONS
## 28 USC 994(w)

| SATURNINO JAVIER | CR00-00184Z-005 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

**The Court finds the defendant should only be given 3 points for his role, pursuant to USSG § 3B1.1(b).**

Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 28 |
| Criminal History Category: | IV |
| Imprisonment Range: | 110 to 137 months |
| Supervised Release Range: | 4 to 5 years |
| Fine Range: | $15,000 to $2,000,000 |
| Sentence Imposed: | 87 months custody; 5 years TSR; $100 MPA |
| USPO: | Angela M. McGlynn |

DOS: 10/27/00

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 02 2000

CLERK AT SEATTLE
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

☒ Sentence imposed is within appropriate guideline range as determined by the court.
    ☐ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

*********************************************************

☒ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):
**The Court finds that a criminal history category of IV is an over-representation and departs to a category II.**

_____        11/1/2000
Thomas S. Zilly                                  Date
United States District Judge

Orig to Clerk of Court
cc:     USSC
        Bureau of Prisons
        File