USSC 1    USM #30010-086

# STATEMENT OF REASONS

28 USC 994(w)

| FRANCISCO GANIOLA RABANG | CR00-00184Z-001 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):
**Whereas the presentence report provides a four level enhancement for role, the Court finds that a three level enhancement for role is appropriate.**

Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 30 |
| Criminal History Category: | VI |
| Imprisonment Range: | 168 to 210 months |
| Supervised Release Range: | 4 to 5 years |
| Fine Range: | $15,000 to $150,000 |
| Sentence Imposed: | 135 months custody; 5 years supervised release |
| USPO: | Paula J. Yuhasz |

DOS: 10/13/00

FILED / ENTERED
LODGED / RECEIVED

NOV 02 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

☐ Sentence imposed is within appropriate guideline range as determined by the court.

☒ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

☒ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):
**The Court finds that the defendant's criminal history is over represented by a Criminal History Categor of VI and departs to the equivalent of a category IV.**

_____     11/2/2000
Thomas S. Zilly                     Date
United States District Judge

Orig to Clerk of Court
cc:   USSC
      Bureau of Prisons
      File

copies 752, USPO

251