USSC 1                                                      USM #30015-086

# STATEMENT OF REASONS

## 28 USC 994(w)

| DONNA RABANG CAILING | CR00-0184Z-006 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

DOS: 12/08/00

Guideline Range Determined by the Court:

| Total Offense Level: | 23 |
| Criminal History Category: | I |
| Imprisonment Range: | 46 to 57 months |
| Supervised Release Range: | 4 to 5 years |
| Fine Range: | $10,000 to $2,000,000 |
| Sentence Imposed: | 12 months plus one day custody, 5 years TSR, $100 MPA |
| USPO: | Richard B. Cowan |

DEC 15 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

☐ Sentence imposed is within appropriate guideline range as determined by the court.

☒ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

☒ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):
   **The Court has granted the government's motion under U.S.S.G. §5K1.1. The defendant has provided substantial assistance to the government.**

_____          12/15/2000
Thomas S. Zilly                     Date
United States District Judge

Orig to Clerk of Court
cc:    USSC
       Bureau of Prisons
       File