USSC 1                                                 USM #30004-086

# STATEMENT OF REASONS

## 28 USC 994(w)

| ROBERT JAMES RABANG Sr. | CR00-184Z-002 | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☒ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☐ The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 26 |
| Criminal History Category: | I |
| Imprisonment Range: | 63 to 78 months |
| Supervised Release Range: | 4 to 5 years |
| Fine Range: | $12,500 to $2,000,000 |
| Sentence Imposed: | 63 months to be followed by 5 years TSR |
| USPO: | Paula Yuhasz |

DOS: 01/26/2001

☒ Sentence imposed is within appropriate guideline range as determined by the court.

     ☐ Fine waived pursuant to Section 5E1.2.

☐ Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

☐ The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):

_____              1/31/01
Thomas S. Zilly                                      Date
United States District Judge

Orig to Clerk of Court
cc:    USSC
       Bureau of Prisons
       File