# United States District Court
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA  
v.  

Dante Eulalio Narte

**WARRANT FOR ARREST**

CASE NUMBER: CR00-184Z

To: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Dante Eulalio Narte___ and bring him or her forthwith to the nearest magistrate judge to answer a(n) Probation Petition Order charging him or her with:

Violation of conditions of supervision.

in violation of Title ____ United States Code, Section(s) _____

C. Ledesma  
Name of Issuing Officer

Deputy Clerk  
Title of Issuing Officer

*[Signature]*  
Signature of Issuing Officer

December 17, 2004 at Seattle, Washington  
Date and Location

0  
Bail fixed at _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Picked up off Detainer from Pierce County |
| DATE RECEIVED 12/17/04  DATE OF ARREST 12/20/04   NAME AND TITLE OF ARRESTING OFFICER: Pedro Cortez   SIGNATURE OF ARRESTING OFFICER |

00-CR-00184-CLM