Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 00-0184 TSZ |
| Plaintiff, | ) | |
| v. | ) | DEFENDANT VANDERMUELEN'S SENTENCING MEMORANDUM |
| JONATHAN VANDERMUELEN, | ) | |
| Defendant | ) | |

Mr. Vandermuelen has previously admitted the violation of usage of cocaine. It is the understanding of defense counsel that the assigned probation officer is asking that no further action be taken given Mr. Vandermuelen's involvement in treatment and continuation of his employment since these allegations arose.

*Recommendation:*

Mr. Vandermuelen and counsel join in asking the court that no further action be taken as to modification or revocation of Mr. Vandermuelen's supervised release at this time.

DEFENDANT VANDERMUELEN'S MEMORANDUM
RE: SUPERVISED RELEASE VIOLATION - 1

TERRENCE KELLOGG
720 THIRD AVENUE, #1900
SEATTLE, WASHINGTON 98104
(206) 447-1815

Jonathan is involved in a beneficial long-term relationship, which he values. In addition, it appears he has maintained employment and been appropriately responsive to the guidance of his probation officer.

Accordingly, the defense joins in the recommendation that no further action be taken.

Dated this 1st day of June, 2006.

S/_____
Terrence Kellogg,
Attorney for Vandermuelen
WA. State Bar # 6452
1900 Pacific Bg.
720 Third Ave.
Seattle, WA. 98104
Telephone: (206) 447-1815
Fax: (206) 447-1901
E-Mail: tklaw@netos.com

DEFENDANT VANDERMUELEN'S MEMORANDUM
RE: SUPERVISED RELEASE VIOLATION - 2

TERRENCE KELLOGG
720 THIRD AVENUE, #1900
SEATTLE, WASHINGTON 98104
(206) 447-1815