UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. Cr00-00184 |
| v. | DEFENSE COUNSEL'S RECOMMENDATION RE: PROBATION VIOLATION |
| Saturnino Joseph Javier, | |
| Defendant. | |

TO:      The Clerk of the Court

AND TO:  United States Probation Officer, Jerrod Akins
         Appearing Attorney

## I. INTRODUCTION

Defendant Saturnino Joseph Javier plans to admit to the following violations:

1. Leaving the judicial district without the permission of the probation officer;
2. Committing the crime of Battery against a person at a bar;
4. Obstructing a police officer;
5. Consuming alcohol;
6. Failing to report contact with a law enforcement officer within 72 hours.

DEFENSE COUNSEL'S RECOMMENDATION RE: PROBATION VIOLATION- 1

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333

It is our understanding that Mr. Javier is going to plead guilty to criminal offenses in San Luis Obispo charging him with the violations enumerated in paragraph two and four of the violation report.

Javier has agreed to admit to the same criminal violations that he intends to plead guilty to in California.

## II. DISPOSITION

Counsel respectfully recommends that the Court adopt the probation officer's dispositions and sentence Mr. Javier at the low end of the range which we calculate to be four (4) to ten (10) months.

## III. BASES FOR RECOMMENDATION

Mr. Javier has been fully compliant with his supervision requirements since his release other then the violations reported above. He left the district to attend his father's 60th birthday celebration and compounded the problem by consuming alcohol. Mr. Javier has agreed to participate in alcohol counseling and the Nooksack Tribe is agreeable to assist with payment for the counseling. In addition, Mr. Javier has been steadily employed since he has been released from custody, providing support for his wife and children. He should be permitted to serve the balance of his term of confinement on work release so that he may involve himself in alcohol counseling and continue with his current employment.

Respectfully submitted.

/s/ Allen M. Ressler

Allen M. Ressler, WSBA #5330
RESSLER & TESH PLLC
821 2nd Avenue, Penthouse Suite
Seattle, Washington    98104
Tel: (206) 388-0333
Fax: (206) 388-0197
Email: allen@randtlaw.com

DEFENSE COUNSEL'S RECOMMENDATION RE: PROBATION VIOLATION- 2

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2007, I electronically filed the above document with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant and the government. I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 15th day of November, 2007.

/s/ Erin E. Cline

Erin E. Cline, Paralegal
RESSLER & TESH PLLC
821 2nd Avenue, Penthouse Suite
Seattle, WA  98104
Tel: (206) 388-0333
Fax: (206) 388-0197
Email: susan@randtlaw.com

DEFENSE COUNSEL'S RECOMMENDATION RE: PROBATION VIOLATION- 4

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333